**Order entered July 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00082-CR

**JAMES ADAM GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F15-12325-L**

## ORDER

Before the Court is appellant's July 24, 2017 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed no later than **August 14, 2017**. If appellant's brief is not filed by August 14, 2017, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8(b). *See* TEX. R. APP. P. 38.8(b).

/s/      LANA MYERS
           JUSTICE